NO. 07-04-0391-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 16, 2004

______________________________

JEFFREY ALAN HARRIS AND PILGRIM’S PRIDE, INC., 

D/B/A PILGRIM’S PRIDE CORPORATION, APPELLANT

V.

VELMA JEAN BAILEY, INDIVIDUALLY AND AS NEXT

FRIEND OF JOSH CAMERON BAILEY, A MINOR, APPELLEE

_________________________________

FROM THE 123RD DISTRICT COURT OF SHELBY COUNTY;

NO. 01-CV-27173; HONORABLE GUY W. GRIFFIN, JUDGE

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

MEMORANDUM OPINION

On November 8, 2004, the parties filed a Joint Motion to Dismiss pursuant to 
Tex. R. App. P.
 42.1(a)(2)(A) based on an agreement resolving the underlying dispute.   

Accordingly, without passing on the merits of the case, the parties’ Joint Motion to Dismiss is granted and the appeal is hereby dismissed.  Rule 42.1(a).  

All costs are assessed to appellant.  Having dismissed the appeal at the parties’ request, no motion for rehearing will be entertained, and our mandate will issue forthwith. 

Phil Johnson

Chief Justice